PER CURIAM.

(No. 6809

MEMORIAL HOSPITAL OF SPRINGFIELD, ILLINOIS, An Illinois Not-For-Profit Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed October 20, 1972.*

ROBERT H. STEPHENS, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6820

STANDARD OIL DIVISION OF AMERICAN OIL COMPANY, Claimant, *vs.* THE BOARD OF REGENTS OF THE REGENCY UNIVERSITIES SYSTEM, ILLINOIS STATE UNIVERSITY, Respondent.

*Opinion filed October 20, 1972.*

STANDARD OIL DIVISION OF AMERICAN OIL COMPANY, Claimant, pro se.

PAUL E. MATHIAS, Legal Counsel for THE BOARD OF REGENTS OF THE REGENCY UNIVERSITIES SYSTEM, Respondent.

PER CURIAM.